IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROY LEE RICHARD,<br><br>      Defendant.                                 / | No. CR-09-00203 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

    The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

    Defendant Roy Lee Richard's plea of guilty is accepted by the Court as to Count One of the Information charging Defendant Roy Lee Richard with possession with intent to distribute crack cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  Sentencing is set for July 21, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 5/12/2010

                                          CLAUDIA WILKEN
                                          United States District Judge

cc:  DMR; Probation; Wings